JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARIANNE LUJAN, | Case No. 5:23-cv-01606-SSS-DTBX |
|---|---|
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| WELLS FARGO BANK, N.A.; JESSICA SIMMONS; and DOES 1-100, inclusive, | |
| Defendants. | |

Having considered Defendant Wells Fargo Bank, N.A.'s Motion for Summary Judgment, or Partial Summary Judgement (the "Motion"), the Statement of Uncontroverted Facts and Conclusions of Law, and the evidence submitted in support thereof, the Court issued its Order granting the Motion in its entirety on April 15, 2024.  Therefore, as a result of the Court's April 15, 2024 Order, Plaintiff Marianne Lujan's claims against Defendant are hereby dismissed in their entirety with prejudice, and final judgment is entered for Defendant and against Plaintiff.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** as follows:

1. Plaintiff Marianne Lujan shall recover nothing from Defendant Wells Fargo Bank, N.A.; and

2. Plaintiff Marianne Lujan's Complaint is dismissed on the merits and with prejudice.

**IT IS SO ORDERED.**

Dated:  April 18, 2024

SUNSHINE S. SYKES
United States District Judge